IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KENNY FRANKLIN EDMONSON

VS.                                         CIVIL ACTION NO. 2:17cv32-KS-MTP

MATTHEW GORDON SULLIVAN, ET AL

ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Report and Recommendation of United States Magistrate Judge Michael T. Parker entered on April 11, 2017, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Motions for Leave to Proceed In Forma Pauperis [2] and [6] are denied..

SO ORDERED, this the ___8th___ day of May, 2017.

                                                            ___s/Keith Starrett_____
                                                            UNITED STATES DISTRICT JUDGE