IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KENNY FRANKLIN EDMONSON

VS.                                          CIVIL ACTION NO. 2:17cv32-KS-MTP

MATTHEW GORDON SULLIVAN, ET AL

ORDER

THIS CAUSE IS BEFORE THE COURT on Objection [11] filed by Plaintiff, Kenny Franklin Edmonson objecting to the Report and Recommendation [8] entered by Magistrate Judge Michael T. Parker on April 11, 2017. On May 8, 2017, the Court entered an Order [10] adopting Report and Recommendation and denying in forma pauperis status to Plaintiff. Almost thirty (30) days after the filing of the Report and Recommendation Plaintiff filed his Objection [11]. Even though the Objection is untimely filed, the Court has reviewed the Objection and finds that had it been timely filed the Court would have rejected it anyway and adopted the Report and Recommendation. Therefore the Court finds that the Objection is Overruled.

Plaintiff is reminded that the Order adopting the Report and Recommendation [10] adopts the Recommendation which makes the filing fee due on or before May 26, 2017. Plaintiff is warned that if the filing fee is not timely paid pursuant to the Order then the Complaint is subject to being dismissed without prejudice.

SO ORDERED this the   15th   day of May, 2017.

    s/Keith Starrett
UNITED STATES DISTRICT JUDGE