IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KENNY FRANKLIN EDMONSON

VS.                                          CIVIL ACTION NO. 2:17cv32-KS-MTP

MATTHEW GORDON SULLIVAN, ET AL

## ORDER

BE IT REMEMBERED that on the 14th day of March, 2017 this Court entered an Order [3] denying Motion for Leave to Proceed In Forma Pauperis [2]. On May 8, 2017, this Court entered an Order [10] adopting the Report and Recommendation and denying Motion [6] for Leave to Proceed In Forma Pauperis. On May 10, 2017, a tardy objection to the Report and Recommendation [8] was filed by Petitioner, and on May 15, 2017, the Court entered an Order [12] overruling the objection and reminding Plaintiff that the filing fee was due on or before May 26, 2017. Plaintiff was also warned that if the filing fee was not paid pursuant to the Order then the Complaint is subject to being dismissed without prejudice.

IT IS HEREBY ORDERED that the Plaintiff, within ten (10) days of the date of this Order, show cause why his Complaint should not be dismissed for failure to pay applicable court costs.

SO ORDERED this the __14th__ day of June, 2017.

 __s/Keith Starrett__
 UNITED STATES DISTRICT JUDGE